PROB 12C
(6/16)

Report Date: December 15, 2025

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2025

SEAN F. MCAVOY, CLERK

ECF No. 271

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nicole Lee Sunny Cloud | Case Number: 0980 1:17CR02053-SAB-2 |
| Address of Offender: ▮▮▮▮▮▮▮ Lyle, Washington 98635 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: January 8, 2020 | |
| Original Offense: Misprision of Felony, 18 U.S.C. § 4 | |
| Original Sentence: Prison - 24 months; TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Bree R Black Horse | Date Supervision Commenced: August 13, 2025 |
| Defense Attorney: Jennifer Rebecca Barnes | Date Supervision Expires: August 12, 2026 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on November 4, 2025.

On August 13, 2025, conditions of release were reviewed and signed by Ms. Cloud, acknowledging an understanding.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Ms. Cloud is considered to be in violation of her supervised release conditions by failing to register as a sex offender on or about between September 10, 2025, and November 19, 2025, per indictment, docket number 1:25-CR-2139-SAB-1, filed on December 10, 2025.<br><br>Per the indictment filed on December 10, 2025, beginning on or about September 10, 2025, and continuing until on or about November 19, 2025, in the Eastern District of Washington, Ms. Cloud, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of having been convicted for Attempted Aggravated Sexual Assault, 18 U.S.C. §§ 2241(a)(1) and 2, did knowingly fail to register and update a registration as required under the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a). |

Prob12C
**Re: Cloud, Nicole Lee Sunny**
**December 15, 2025**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 15, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stan Bastian* (signature)
Signature of Judicial Officer

12/16/2025
Date